McLEOD, RESPONDENT, *v.* DICKENSON, APPELLANT.

[Argued January 8, 1892. Decided January 11, 1892.]

APPEAL— *Record— Specification of errors.* —An order of the court below overruling a motion for a new trial cannot be reviewed on appeal where no specification of errors or bill of exceptions is contained in the transcript. (*Taylor* v. *Holter,* 2 Mont. 476; *Bass* v. *Buker,* 6 Mont. 442; *Raymond* v. *Thexton,* 7 Mont. 299, cited.)

*Appeal from Eighth Judicial District, Cascade County.*

Defendant's motion for a new trial was denied by BENTON, J.

*Jas. P. Lewis,* for Appellant.

*Baum & Bishop,* for Respondent

BLAKE, C. J.—This is an appeal from an order overruling the motion for a new trial and the judgment. The transcript does not contain a specification of errors or bill of exceptions, and the action of the court below which is complained of relates solely to a motion for a new trial and cannot be reviewed. The practice of this court has been uniform upon the subject. (*Taylor* v. *Holter,* 2 Mont. 476; *Bass* v. *Buker,* 6 Mont. 442;

*Raymond* v. *Thexton*, 7 Mont. 299, and cases cited.) It is therefore ordered and adjudged that the appeal be dismissed without prejudice.

*Dismissed.*

HARWOOD, J., and DE WITT, J., concur.